## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javier Garcia | **CASE NUMBER** |
| | |
| **Plaintiff(s)** | 2:26-cv-02452-CV-MAR |
| v. | |
| Guild Mortgage Company LLC; Los Angeles Federal Credit Union; TD Bank, N.A.; Sofi Bank, N.A.; et al., | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| **Defendant(s)** | |

☒ The Court hereby orders that the request of:

Experian Information Solutions, Inc. ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

☒ to substitute Nicholas C. Wiley _____ who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

525 Market Street, Fl. 32

San Francisco, CA 94105      *Street Address*    Nwiley@goodwinlaw.com
*City, State, Zip*                                *E-Mail Address*

(415) 733-6269            (415) 677-9041              351161
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Holly A. Shavelle; Luke A. Ekstrom (PHV)
*List all attorneys from same firm or agency who are withdrawing.*

is hereby ☒ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of | Holly A. Shavelle, Luke A. Ekstrom (PHV) |
*List all attorneys from same firm or agency who are withdrawing.*

| |

to withdraw as attorney of record for | Experian Information Solutions, Inc. |
is hereby ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____5/21/26_____

*Cynthia Valenzuela*
U. S. District Judge