**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa,California  92626-1925
Telephone: 714- 668-2400
Facsimile: 714- 668-2490

Donald E. Bradley (State Bar No. 145037)
 *d.bradley@musickpeeler.com*

Attorneys for Defendant
TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GARCIA, an individual | Case No. 2:26-cv-02452-MBK |
| Plaintiff, | Hon. Judge Michael B. Kaufman |
| v. | **NOTICE OF APPEARANCE OF DONALD BRADLEY AS COUNSEL FOR DEFENDANT TRANS UNION LLC** |
| GUILD MORTGAGE COMPANY LLC; LOS ANGELES FEDERAL CREDIT UNION; TD BANK, N.A.; SOFI BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, and DOES 1 through  20 Inclusive, | |
| Defendants, | |

5260943.1

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I, Donald E. Bradley, of Musick, Peeler & Garrett LLP, hereby enter my appearance in this matter as counsel for Defendant Trans Union LLC. I hereby certify that I am a member of the State Bar of California and am admitted to practice in the Central District of California. Please serve said counsel with all pleadings, notices, and documents in this action.

DATED:  May 27, 2026                    MUSICK, PEELER & GARRETT LLP


By: _____
                                        Donald E. Bradley
                                        Attorneys for TRANS UNION LLC

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Ventura, State of California. My business address is 2801 Townsgate Road, Suite 200, Westlake Village, California 91361.

On May 27, 2026, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF DONALD BRADLEY AS COUNSEL FOR DEFENDANT TRANS UNION LLC** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒      **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 27, 2026, at Ventura, California.

_____
Jeremy Reyes

5260943.1

3

PROOF OF SERVICE

**SERVICE LIST**

Pen Shao, SBN 319624
Jared Walder, SBN 310687
R23 Law APC
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
T: 888-533-2948
E: Jared@r23law.com


Attorneys for Plaintiff,
*Javier Garcia*

5260943.1

4

PROOF OF SERVICE