**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Shelby J. Radecki (355303)
shelby.radecki@loker.law
Telephone: (805) 623-0633
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Javier Garcia

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVIER GARCIA, an individual,** | **Case No.:** 2:26-cv-02452-CV-MAR |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JAVIER GARCIA** |
| v. | |
| **GUILD MORTGAGE COMPANY LLC; LOS ANGELES FEDERAL CREDIT UNION; TD BANK, N.A.; SOFI BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AND, DOES 1 TO 20, INCLUSIVE,** | **HON. CYNTHIA VALENZUELA** |
| Defendants | |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorney hereby states their appearance as Co-Counsel for Plaintiff JAVIER GARCIA.

**LOKER LAW, APC**
Shelby J. Radecki (355303)
shelby.radecki@loker.law
Telephone: (805) 623-0633
132 Bridge Street
Arroyo Grande, CA 93420

Date: May 27, 2026                           **LOKER LAW, APC**

By: ___/s/ Shelby J. Radecki
SHELBY J. RADECKI, ESQ.
ATTORNEY FOR PLAINTIFF

CASE NO.: 2:26-cv-02452-CV-MAR          *Garcia v. Guild Mortgage Company LLC, et al.*

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF JAVIER GARCIA**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Appearance on behalf of Plaintiff Javier Garcia* has been submitted on May 27, 2026 via CM/ECF.

By: ___/s/ Shelby J. Radecki___
SHELBY J. RADECKI, ESQ.

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: 2:26-cv-02452-CV-MAR          *Garcia v. Guild Mortgage Company LLC, et al.*

**PROOF OF SERVICE**