**ALANA B. ANAYA, SBN 195758**
**JOSEPH P. GRAZIANO, SBN 143852**
**ANAYA LAW GROUP**
2629 Townsgate Road Suite 140
Westlake Village, CA 91361
Tel: (805) 230-9222
Fax: (805) 230-9221
Email: alana@anayalawgroup.com
        joe@anayalawgroup.com

Attorneys for Defendant,
LOS ANGELES FEDERAL CREDIT UNION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GARCIA, | Case No. **2:26-cv-02452-CV-MAR** |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT LOS ANGELES FEDERAL CREDIT UNION** |
| vs. | |
| GUILD MORTGAGE COMPANY LLC; LOS ANGELES FEDERALCREDIT UNION; TD BANK, N.A.; SOFI BANK, N.A.;EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AND DOES 1 TO 20, INCLUSIVE, | |
| Defendants. | |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

NOTICE OF APPEARANCE - 1

PLEASE TAKE NOTICE that the following attorney hereby sets forth his appearance as co-counsel for Defendant LOS ANGELES FEDERAL CREDIT UNION:

ANAYA LAW GROUP
Joseph P. Graziano, SBN 143852
joe@anayalawgroup.com
Tel: (805) 230-9222
2629 Townsgate Road Suite 140
Westlake Village, CA 91361

DATED:  5-29-26                    ANAYA LAW GROUP


By: /S/ Joseph P. Graziano
JOSEPH P. GRAZIANO, ESQ
ATTORNEY FOR DEFENDANT
LOS ANGELES FEDERAL CREDIT UNION

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2026, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

___/S/ Joseph P. Graziano

JOSEPH P. GRAZIANO
